UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2024
```

KAREEM MITCHELL,

      Plaintiff,

-v.-

CITY OF NEW YORK; WARDEN OF AMKC (C-95); DEPUTY WARDEN COOK (FEMALE); JOHN DOE #1; JOHN DOE #2,

      Defendants.

23-cv-4348 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  Today the Court received the attached letter from Plaintiff. The Court GRANTS Plaintiff's request and extends Plaintiff's deadline to respond to Defendants' motion to compel responses to the identification interrogatories, Dkt. No. 17, until April 22, 2024.

  Plaintiff is reminded that all papers, including responses, must be submitted directly to the Pro Se Intake Unit to be filed on ECF.

SO ORDERED.

Dated: February 27, 2024
     New York, New York

                  _____
                     LEWIS J. LIMAN
                    United States District Judge

Kareem Mitchell
Din #23B2907
23 Civ. 4348

Feb 15th, 2024

Re: Kareem Mitchell v. City of New York
23 Civ. 4348 (LJL)

I am writing regarding the identification interrogatories. I didn't recieve my legal mail until the 15th of February same date as my dead line, so I am asking the Court for more time to answer to said matter. Thank you in advice.

Sincerely,
Mr. Mitchell