```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KAREEM MITCHELL,<br><br>                                 Plaintiff,<br><br>-v.-<br><br>WARDEN COOKE, ANNA M. KROSS CENTER ET AL.,<br><br>                                 Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/6/2024<br><br>23-cv-4348 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic status conference on June 20, 2024 at 2:00 P.M. The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts at that time.

Defendants' counsel is directed to contact the warden at the facility Plaintiff is housed to ensure his production for the telephonic status conference.

SO ORDERED.

Dated:   June 6, 2024
         New York, New York

                                                          _____
                                                          LEWIS J. LIMAN
                                                          United States District Judge