```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KAREEM MITCHELL,

                Plaintiff,

       -v-

CITY OF NEW YORK; WARDEN OF AMKC (C-95);
DEPUTY WARDEN COOK (FEMALE); JOHN DOE
#1; JOHN DOE #2,

                Defendants.
-------------------------------------------------------------------X

23-cv-4348 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On May 16, 2024, the Court ordered the City Law Department "to ascertain the identity and badge numbers of Defendants Jane Doe, CO Davis, and CO Guzman" pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997). Dkt. No. 30. The Law Department was directed to provide this information to Plaintiff and the Court within sixty days of that order. *Id.*

The Law Department has not provided this information to the Court as of August 22, 2024. Accordingly, the Law Department is ORDERED to file a letter regarding the status of compliance with its *Valentin* obligations by August 29, 2024.

    SO ORDERED.

Dated: August 22, 2024
       New York, New York

                                                _____
                                                LEWIS J. LIMAN
                                                United States District Judge