```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KAREEM MITCHELL,                                                   :
:
Plaintiff,                                                         :
:      23-cv-4348 (LJL)
-v-                                                                :
:      ORDER
:
CITY OF NEW YORK, WARDEN OF AMKC (C-95),                           :
DEPUTY WARDEN COOK (FEMALE), JOHN DOE                              :
#1, JOHN DOE #2,                                                   :
:
Defendants.                                                        X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic status conference on October 18, 2024, at 2:00 P.M. The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts at that time.

Defendants' counsel is directed to contact the warden at the facility where Plaintiff is housed to ensure his production for the telephonic status conference.

SO ORDERED.

Dated: September 27, 2024                    _____
       New York, New York                            LEWIS J. LIMAN
                                                 United States District Judge