```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/18/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KAREEM MITCHELL,                                                   :
:
:
               Plaintiff,                          :           23-cv-4348 (LJL)
:
    -v-                                                        :
:              ORDER
:
CITY OF NEW YORK, WARDEN OF AMKC (C-95),        :
DEPUTY WARDEN COOK (FEMALE), JOHN DOE          :
#1, JOHN DOE #2,                                                    :
                                                           X
               Defendants.

-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court held a telephone conference in this case on October 18, 2024. As stated at that conference, the City shall resend its letter of September 23, 2024, Dkt. No. 37, to Plaintiff by first class mail. Plaintiff shall file his Fourth Amended Complaint by November 8, 2024. Defendants will file a responsive pleading by December 20, 2024. A status conference in this matter is set for January 8, 2025, at 3:00 p.m.

      SO ORDERED.

Dated: October 18, 2024
       New York, New York                         _____
                                                       LEWIS J. LIMAN
                                                    United States District Judge