```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KAREEM MITCHELL,                                                  :
:
               Plaintiff,                             :
:         23-cv-4348 (LJL)
-v-                                                               :
:              ORDER
CITY OF NEW YORK, WARDEN OF AMKC (C-95),                          :
DEPUTY WARDEN COOK (FEMALE), JOHN DOE                             :
#1, JOHN DOE #2,                                                  :
:
               Defendants.                            X
------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's request for an extension is GRANTED. Plaintiff's amended complaint shall be filed by December 13, 2024. Defendants will file a responsive pleading by January 17, 2025. The status conference scheduled for January 8, 2025, is rescheduled to January 30, 2025, at 3:00 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts at that time. Defendants' counsel is directed to contact the warden at the facility where Plaintiff is housed to ensure his production for the telephonic status conference.

      SO ORDERED.

Dated: November 22, 2024
       New York, New York
                                           LEWIS J. LIMAN
                                       United States District Judge