UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
KAREEM MITCHELL,                                                  :
                                                                  :
                          Plaintiff,                              :
                                                                  :           23-cv-4348 (LJL)
             -v-                                                  :
                                                                  :              ORDER
                                                                  :
WARDEN COOKE, KERLY JEAN-LOUIS, LA                                :
SHONDA STANLEY, CO DAVIS, CO GUZMAN                               :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_01/30/2025__

LEWIS J. LIMAN, United States District Judge:

   Plaintiff shall respond to Defendants' motion to dismiss by March 17, 2025.  Defendants

shall reply by March 31, 2025.

       SO ORDERED.

Dated: January 30, 2025
       New York, New York                     _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge