UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

                                                    :

KAREEM MITCHELL,                                    :
                                                    :
                                                    :
                    Plaintiff,                      :
                                                    :           23-cv-4348 (LJL)
        -v-                                         :
                                                    :           ORDER
CITY OF NEW YORK et al.,                            :
                                                    :
                    Defendants.                     :
                                                    :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court will hold a telephonic conference on November 25, 2025 at 12:00 p.m.  The

parties are instructed to dial 646-453-4442 and input access code 358639322.


        SO ORDERED.


Dated:  November 13, 2025                  _____
        New York, New York                          LEWIS J. LIMAN
                                            United States District Judge