# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1000

> The request to adjourn the status conference is GRANTED. The conference will now take place on Tuesday, December 2, 2025 at 10:00 a.m. Parties are directed to dial into the Court's s teleconference line at 646-453-4442 and use Conference ID# 358639322.
> Date: November 24, 2025
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**Via ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   *Mitchell v. Cooke et. al*, No. 1:23-cv-04348-LJL – Unopposed Letter-Motion for Adjournment of Status Conference

Dear Judge Liman:

This firm is counsel to Plaintiff Kareem Mitchell in the above-referenced matter. The Court recently scheduled a telephonic status conference for Tuesday, November 25 at 12:00 p.m. (*see* ECF 60). I write to request an adjournment due to Plaintiff's counsel's unavailability at that time. Defendants consent to this request, which is Plaintiff's first request for an adjournment. Both sides would be available for a conference on the following dates:

- Tuesday, December 2 (9 a.m.–noon)
- Wednesday, December 3 (all day)
- Wednesday, December 10 (all day)
- Friday, December 12 (all day)

We appreciate the Court's consideration of this request.

Respectfully submitted,

*s/ Michael E. Cunniff*

Michael E. Cunniff
mcunniff@cov.com

*Counsel for Plaintiff*

cc:   Counsel of Record (via ECF)