UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KAREEM MITCHELL,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 2/4/2026

                                        Plaintiff,

                                                              23-CV-04348 (LJL)(SN)

                    -against-

                                                              **ORDER**

WARDEN COOKE, et al.,

                                        Defendants.
-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

IT IS HEREBY ORDERED that the Warden or other official in charge of the Clinton Correctional Facility produce Kareem Mitchell on Tuesday, March 24, 2026, no later than 10:00 a.m., to a suitable location within the Clinton Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a settlement conference with the Court and the parties.

Plaintiff's counsel must: (1) send this Order to the Warden immediately; and (2) contact the Clinton Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            February 4, 2026